**U.S. District Court for the
Eastern District of Michigan**

**<u>Index of Exhibits</u>**

1.  Notice to Appear

2.  Notice of Appeal